# Third District Court of Appeal
## State of Florida

Opinion filed January 21, 2026.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D25-2103
Lower Tribunal No. F97-4270

————————

**Mister Simmons,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Christine Hernandez, Judge.

Mister Simmons, in proper person.

James Uthmeier, Attorney General, for appellee.

Before LOGUE, LINDSEY, and GOODEN, JJ.

PER CURIAM.

Affirmed.